# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1344
_____

SEAN MICHAEL TALKINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Judge.

July 10, 2024

PER CURIAM.

Sean Michael Talkington was convicted after a jury trial of two counts of sexual battery on a person less than 12 years of age (counts I–II), one count of lewd or lascivious battery on a person 12 years of age or older but less than 16 years of age (count III), and one count of lewd or lascivious molestation on a person less than 12 years of age (count IV). He received sentences of life in prison on counts I and II, 15 years in prison on count III, and 25 years in prison followed by life on probation on count IV. All sentences were imposed consecutively. Talkington was designated as a sexual predator.

On appeal, Talkington's counsel filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting that counsel is

unable to present any good-faith claim of reversible error. Our own independent review of the record likewise found no arguable basis for reversal. We note that Talkington preserved a challenge to the trial court's sua sponte imposition of the mandatory $100 cost of prosecution. But this Court has already determined that this claim is meritless. *See Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *rev. granted*, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.